MARTIN R. GLICK (No. 40187)
email: mglick@howardrice.com
CLARA J. SHIN (No. 214809)
email: cshin@howardrice.com
SARAH J. GIVAN (No. 238301)
email: sgivan@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:     415/677-6262

Attorneys for Defendant
AMAZON.COM, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APPLE INC., a California corporation, | No. 11-cv-01327 PJH |
|---|---|
| Plaintiff, | Action Filed: March 18, 2011 |
| v. | NOTICE OF APPEARANCE OF CLARA J. SHIN AS COUNSEL FOR DEFENDANT AMAZON.COM, INC. |
| AMAZON.COM, INC., a Delaware corporation, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, CLARA J. SHIN, of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, hereby enter my appearance as counsel for Defendant AMAZON.COM, INC. in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

> Howard Rice Nemerovski Canady Falk & Rabkin
> A Professional Corporation
> Three Embarcadero Center, Seventh Floor
> San Francisco, CA 94111-4024
> Telephone: 415/434-1600
> Facsimile: 415/677-6262

Please serve said counsel with all pleadings and notices in this action.

DATED: April 8, 2011.

>> Respectfully,
>>
>> MARTIN R. GLICK
>> CLARA J. SHIN
>> SARAH J. GIVAN
>> HOWARD RICE NEMEROVSKI CANADY
>>     FALK & RABKIN
>> A Professional Corporation
>>
>> By: _____/s/ Clara J. Shin_____
>>          CLARA J. SHIN
>>
>> Attorneys for Defendant AMAZON.COM, INC.,
>> a Delaware corporation

NOTICE OF APPEARANCE OF CLARA J. SHIN        11-cv-01327 PJH

-1-