| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 2 | RYAN J. PADDEN (S.B. #204515) |
| | rpadden@omm.com |
| 3 | DAVID J. SEPANIK (S.B. #221527) |
| | dsepanik@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA  94111 |
| | Telephone:    (415) 984-8700 |
| 6 | Facsimile:    (415) 984-8701 |
| 7 | Attorneys for Plaintiff |
| | APPLE INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. CV 11-01327 PJH |
| Plaintiff, | DENYING |
| | [**PROPOSED**] ORDER G̶R̶A̶N̶T̶I̶N̶G̶ |
| v. | APPLE INC.'S MOTION TO SHORTEN |
| | TIME TO HEAR ITS MOTION FOR |
| AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation, | PRELIMINARY INJUNCTION |
| Defendants. | |

[PROPOSED] ORDER GRANTING MOTION
TO SHORTEN TIME
CASE NO. CV 11-01327 PJH

1  Plaintiff Apple, Inc.'s ("Apple") Motion to Shorten Time to Hear Motion for Preliminary
2  Injunction was filed on April 13, 2011.  Having carefully considered the arguments and the
3  relevant legal authority, and good cause appearing, the Court hereby GRANTS Apple's motion to
4  shorten time.
5  IT IS HEREBY ORDERED THAT:
6  1. A hearing to consider the issuance of a preliminary injunction will be held at
7  ___:___ __.m., on _____, 2011, at United States District Court for the Northern
8  District of California, Oakland Courthouse, Courtroom 3, 1301 Clay
9  Street, Oakland, CA 94612.

11  Dated: __April 26_____, 2011

*[DENIED stamp with signature of Judge Phyllis J. Hamilton, United States District Court, Northern District of California seal]*

13  By _____
14  The Honorable Phyllis J. Hamilton
    United States District Court Judge

15  SF1:818825.1

[PROPOSED] ORDER GRANTING MOTION
TO SHORTEN TIME
CASE NO. CV 11-01327 PJH