1 | DAVID R. EBERHART (S.B. #195474)
  | deberhart@omm.com
2 | RYAN J. PADDEN (S.B. #204515)
  | rpadden@omm.com
3 | DAVID J. SEPANIK (S.B. #221527)
  | dsepanik@omm.com
4 | O'MELVENY & MYERS LLP
  | Two Embarcadero Center, 28th Floor
5 | San Francisco, CA 94111
  | Telephone: (415) 984-8700
6 | Facsimile: (415) 984-8701

7 | Attorneys for Plaintiff
  | APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. CV 11-01327 PJH |
| Plaintiff, | **PLAINTIFF APPLE INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIM** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation, | Action Filed: March 18, 2011 |
| Defendants. | |

Plaintiff Apple Inc. ("Apple") hereby responds to the counterclaim filed by defendants Amazon.com, Inc. and Amazon Digital Services, Inc., (collectively, "Amazon") as follows:

## PARTIES

1. Apple admits the allegations of Paragraph 1.

2. Apple admits the allegations of Paragraph 2.

3. Apple admits that it is a corporation organized and existing under the laws of the State of California, with its principal place of business in Cupertino, California.

## JURISDICTION

4. Apple denies that any acts or omissions have occurred to give rise to any claim by Amazon against Apple. Apple admits that because Amazon alleges claims arising under the Lanham Act of the United States, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 1338(a).

5. Apple admits the allegations of Paragraph 5.

## FACTS

6. Apple admits that on or about March 22, 2011, Amazon launched a service named the "Amazon Appstore for Android" on the www.amazon.com website. Apple further admits that the Amazon Appstore for Android service allows a consumer to view and download certain mobile software applications for their Android mobile devices. Apple further admits that users may shop the Amazon Appstore for Android service either by (a) using a personal computer and browser software to access certain portions of the www.amazon.com website or (b) using on certain Android mobile devices a mobile software download sometimes referred to as the "Amazon Appstore app." Apple denies that the mark APP STORE is generic and, on that basis, denies that the Amazon Appstore for Android service is an "app store." Apple is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6 and on that basis denies the same.

7. Apple admits that in July of 2008 it launched its APP STORE service, which allows users of Apple's iPhone, iPod and, most recently, iPad mobile devices, and users of computers running Apple's iTunes software, to browse for and license certain mobile software for certain Apple devices such as the iPhone, iPad, and iPod touch. Apple admits that such mobile software is sometimes referred to as "apps." Apple further admits that in certain press releases Apple has claimed that the APP STORE service is "the largest application store in the world." Apple further admits that its CEO, Steve Jobs, in October 2010 called the APP STORE service "the easiest-to-use largest app store in the world, preloaded on every iPhone." Apple denies the remaining allegations of Paragraph 7.

8. Apple admits that the current edition of the Oxford English Dictionary defines "app" as, in part, "[a]n application, *esp.* an application program (see APPLICATION *n.* Compounds 2)." Apple further admits that the current edition of the New Oxford American Dictionary defines "store" as, in part, "a retail establishment selling items to the public: *a health-food store.*" Apple denies that Paragraph 8 sets forth the entirety of either definition. Apple is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations of Paragraph 8 and on that basis denies the same.

9. Apple denies that, based on their common meaning, the words "app store" together denote a store for apps. Apple further denies that Amazon and Apple operated "app stores." Apple admits that the American Dialect Society voted "app" as the "Word of the Year" for 2010. Apple further admits that in its press release announcing the Word of the Year, the American Dialect Society stated: "App has been around for ages, but with millions of dollars of marketing muscle behind the slogan 'There's an app for that,' plus the arrival of 'app stores' for a wide spectrum of operating systems for phones and computers, app really exploded in the last 12 months." Apple denies that the words "app store" are commonly used among many businesses to describe mobile software download services and further denies that the term "app store market" is used to

describe the market for mobile software download services. Apple is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations of Paragraph 9 and on that basis denies the same.

10. Apple admits that it is the owner of the mark APP STORE and that Apple has the right to exclude uses of APP STORE that are inconsistent with Apple's trademark rights. Apple denies the remaining allegations of Paragraph 10.

11. Apple denies that the mark APP STORE is generic and, on that basis, denies that the Amazon Appstore for Android service is an "app store." Apple further denies that defendants have the right to use APP STORE as a trademark in connection with Amazon's mobile software download service for Android devices. Apple admits the remaining allegations of Paragraph 11.

12. Apple admits that an actual and justiciable controversy between the parties with respect to Amazon's right to use APP STORE as a trademark in connection with Amazon's mobile software download service for Android devices. Apple admits that Amazon is seeking declaratory judgment pursuant to 28 U.S.C. §2201 and Rule 57 of the Federal Rules of Civil Procedure "confirming Amazon's rights to continue to use the words 'app store.'" Apple denies the remaining allegations of Paragraph 12.

13. Apple denies that Amazon is entitled to the relief sought in the prayer to its counterclaim or to any other relief.

## **PRAYER FOR RELIEF**

Apple hereby prays:

1. That Amazon's counterclaim be dismissed with prejudice;

2. That Amazon take nothing by way of its counterclaim, and that judgment be entered in favor of Apple;

3. For costs of suit and reasonable attorneys' fees incurred herein; and

4. For such other relief as the Court deems just and proper.

Dated: May 19, 2011

            O'MELVENY & MYERS LLP

            By /s/ David R. Eberhart
              David R. Eberhart
            Attorneys for Plaintiff APPLE INC.

SF1:821640

ANSWER TO COUNTERCLAIM
NO. CV 11-01327 PJH