UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** June 22, 2011 (Time: 42 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** C-11-1327 PJH

**Case Name:** Apple, Inc. v. Amazon.com, Inc.

**Attorney(s) for Plaintiff:**     David Eberhart
**Attorney(s) for Defendant:**     Martin Glick; Sarah Givan; Clara Shin

**Deputy Clerk**: Nichole Heuerman     **Court Reporter**: Raynee Mercado

**PROCEEDINGS**

    Plaintiff's Motion for Preliminary Injunction-Held.  The court takes the matter under submission.

**Order to be prepared by:**   [] Pl  [] Def  [x]  Court

**Notes:**

**cc:** chambers