DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
RYAN J. PADDEN (S.B. #204515)
rpadden@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415)984-8700
Facsimile:    (415)984-8701

Attorneys for Plaintiff
APPLE INC.

ADDITIONAL COUNSEL ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation,<br><br>　　　　　Defendants and Counter-Claimants. | Case No. CV 11-01327 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF AND RESPONDING TO SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)-(3)** |

Plaintiff and Counter-Defendant Apple, Inc. ("Apple") and Defendants and Counter-Claimants Amazon.com, Inc. and Amazon Digital Services, Inc. (collectively, "Amazon"), hereby consent and stipulate as follows:

WHEREAS, Apple filed a Complaint on March 18, 2011;

WHEREAS, Apple's currently-operative complaint is its Amended Complaint filed on April 8, 2011;

WHEREAS, Apple seeks to file a Second Amended Complaint;

WHEREAS, Apple's Second Amended Complaint is submitted concurrently herewith in accordance with Civil L.R. 10-1;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Amazon consents to Apple's filing of the Second Amended Complaint;

WHEREAS, by consenting to the filing of a Second Amended Complaint, Amazon is not in any way conceding, and expressly reserves its rights to contest by all permissible procedures and means, (a) the truth of any factual allegation in the Second Amended Complaint; and (b) the legal or factual adequacy of any claim asserted in the Second Amended Complaint.

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. That pursuant to Federal Rule of Civil Procedure 15(a)(2), Apple's Second Amended Complaint shall be the now-operative pleading in the above-captioned litigation;

2. That, pursuant to Federal Rule of Civil Procedure 15(a)(3), Amazon shall have 30 days from service of the Second Amended Complaint in which to answer or otherwise respond to the Second Amended Complaint

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.

**IT IS SO STIPULATED:**

STIPULATION RE FILING OF AND
RESPONDING TO
SECOND AMENDED COMPLAINT
CASE NO. CV 11-01327 PJH

| | |
|---|---|
| Dated: November 16, 2011 | DAVID R. EBERHART<br>RYAN J. PADDEN<br>DAVID J. SEPANIK<br>O'MELVENY & MYERS LLP |
| | By: /s/ David R. Eberhart<br>David R. Eberhart<br>Attorneys for Plaintiff and Counter-Defendant<br>APPLE INC. |
| Dated: November 16, 2011 | MARTIN R. GLICK<br>CLARA J. SHIN<br>SARAH J. GIVAN<br>HOWARD RICE NEMEROVSKI CANADY<br>   FALK & RABIN<br>A Professional Corporation |
| | By: /s/ Martin R. Glick<br>Martin R. Glick<br>Attorney for Defendants and Counter-Claimants AMAZON.COM, INC. and AMAZON DIGITAL SERVICES, INC. |

## ORDER

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED.

DATED: November 17, 2011.

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*