| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 2 | RYAN J. PADDEN (S.B. #204515) |
| | rpadden@omm.com |
| 3 | DAVID J. SEPANIK (S.B. #221527) |
| | dsepanik@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA  94111 |
| | Telephone:   (415) 984-8700 |
| 6 | Facsimile:    (415) 984-8701 |
| 7 | Attorneys for Plaintiff |
| | APPLE INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.  CV 11-01327 PJH |
| Plaintiff, | |
| v. | **PLAINTIFF APPLE INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIM** |
| AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation, | |
| Defendants. | |

In response to the portion of Defendants' Answer to Second Amended Complaint and Affirmative Defenses (Docket No. 58) that incorporates by reference Defendants' counterclaim filed April 25, 2011, Apple Inc. hereby restates and incorporates by reference its Answer to Defendants' Counterclaim as filed on May 19, 2011 (Docket No. 35).

Dated: January 2, 2012

O'MELVENY & MYERS LLP

By  /s/ David R. Eberhart
    David R. Eberhart

Attorneys for Plaintiff APPLE INC.

OMM_US:70146237.1