DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
RYAN J. PADDEN (S.B. #204515)
rpadden@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:    415/984-8700
Facsimile:     415/984-8701

Attorneys for Plaintiff and Counter-Defendant
APPLE INC.

MARTIN R. GLICK (No. 40187)
email: martin.glick@aporter.com
CLARA J. SHIN (No. 214809)
email: clara.shin@aporter.com
SARAH J. GIVAN (No. 238301)
email: sarah.givan@aporter.com
ELIZABETH WANG (No. 261145)
email: elizabeth.wang@aporter.com
ARNOLD & PORTER LLP

Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:     415/677-6262

Attorneys for Defendants
AMAZON.COM, INC., a Delaware corporation,
and AMAZON DIGITAL SERVICES, INC., a
Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | No. 11-cv-01327 PJH |
| Plaintiff, | Action Filed: March 18, 2011 |
| v. | STIPULATED REQUEST FOR AN ORDER EXTENDING DISCOVERY DEADLINE AND [P~~ROPOSED~~] ORDER (Local Rule 6-2) |
| AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, the current fact discovery deadline in the above-captioned case be extended as set forth below. The stipulation is based on the following:

1. The parties are in the early stages of discovery.

2. Due to extensive negotiations, the parties only recently—on December 30, 2011—filed a Stipulated Protective Order governing confidential material in this case. Accordingly, no documents containing confidential material have been produced to date.

3. Because of these facts, the parties feel that fact discovery cannot be completed by the current deadline of February 15, 2012. The parties request an extension—to April 1, 2012—to complete fact discovery.

4. The parties have not previously requested any extensions to Court-ordered deadlines. The proposed change in the deadline for the close of fact discovery will not affect any other deadlines or the trial date set by the Court.

5. The current schedule and the proposed revised schedule that the parties have stipulated to are shown in the chart below.

| Pre-trial Deadline | Current Schedule | Stipulated Proposed Schedule |
|---|---|---|
| Non-Expert Discovery Cutoff | 02/15/2012 | 04/01/2012 |
| Expert Disclosures | 03/14/2012 | 03/14/2012 |
| Expert Discovery Cutoff | 05/02/2012 | 05/02/2012 |
| Dispositive Motions To Be Heard By | 06/13/2012 | 06/13/2012 |
| Pre-Trial Conference | 09/20/2012 | 09/20/2012 |
| Trial Date | 10/15/2012 | 10/15/2012 |

6. The parties respectfully request that the Court grant their request.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this

document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

DATED: January 9, 2012.

DAVID R. EBERHART
RYAN J. PADDEN
DAVID J. SEPANIK
O'MELVENY & MYERS LLP

By: _____/s/ *David R. Eberhart*_____
DAVID R. EBERHART

Attorneys for Plaintiff
APPLE INC.

DATED: January 9, 2012.

Respectfully,

MARTIN R. GLICK
CLARA J. SHIN
SARAH J. GIVAN
ELIZABETH WANG
ARNOLD & PORTER LLP

By: _____/s/ *Martin R. Glick*_____
MARTIN R. GLICK

Attorneys for Defendants AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation

**ORDER [PROPOSED]**

Pursuant to stipulation, IT IS SO ORDERED.

SIGNED on the __12th__ day of __January_____, 2012.

_____
THE HONORABLE PHYLLIS J. HAMILTON
Judge, United States District Court
for the Northern District of California

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton