1

2

3

4

5

6

7                             IN THE UNITED STATES DISTRICT COURT

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

APPLE INC.,                                     Case No.: C11-1327 PJH (JSC)

11
                                                **ORDER CLARIFYING REQUIRED**
12              Plaintiff,                       **DECLARATION TO SUPPORT**
                                                **PLAINTIFF'S MOTION TO FILE**
13        v.                                    **PORTIONS OF REPLY UNDER**
                                                **SEAL (Dkt. No. 80)**
14
AMAZON.COM, INC., et al.,
15
                Defendants.
16

17

18        Now pending before the Court is Plaintiff's administrative motion to file portions of

19   Plaintiff's Reply in Support of the Motion to Compel Discovery under seal pursuant to Local

20   Rule 79-5. (Dkt. No. 80.)  The Court previously noted that L.R. 79-5(d) requires Defendant

21   to "file with the Court and serve a declaration establishing that the designated information is

22   sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must

23   withdraw the designation of confidentiality." (Dkt. No. 86.)  To further clarify, simply

24   stating that a document "has been designated by Amazon as CONFIDENTIAL—

25   ATTORNEY'S EYES ONLY or HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL

26   ONLY under the Stipulated Protective Order" and then listing the documents in question

27   (Dkt. No. 82) does not meet the requirements of L.R. 79-5(d).  L.R. 79-5(a) states that "[a]

28   stipulation, or blanket protective order that allows a party to designate documents as

United States District Court
Northern District of California

1   sealable, will not suffice to allow the filing of documents under seal." Reference to such a

2   stipulation is therefore insufficient. To be sufficient, the designating party—here, Amazon—

3   must file a declaration establishing *why* portions of each document or exhibit are confidential

4   and thus should be filed under seal.

5       **IT IS SO ORDERED.**

6

7   Dated:   August 20, 2012

8                                               _____

9                                               JACQUELINE SCOTT CORLEY
                                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2