1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

                Plaintiff,

      v.

AMAZON.COM, INC., et al.,

                Defendants.

Case No.: 11-1327 PJH (JSC)

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE PORTIONS OF REPLY UNDER SEAL (Dkt. No. 80)**

      Now pending before the Court is Plaintiff's administrative motion to file portions of Plaintiff's Reply in Support of the Motion to Compel Discovery under seal pursuant to Local Rule 79-5. (Dkt. No. 80.) Local Rule 79-5(a) provides that a request for sealing "must be narrowly tailored to seek sealing only of sealable material." Plaintiff seeks to seal materials designated by Defendant as confidential pursuant to the Stipulated Protective Order (Dkt. No. 61) in this action. Plaintiff lists the portions[1] of documents Plaintiff wishes to file under seal, which is clarified by the redacted version of the documents in question that Plaintiff provided to the Court. Pursuant to L.R. 79-5(d), Defendant filed a declaration in support of Plaintiff's motion, which states with specificity the sensitive and confidential nature of the information

_____

[1] Plaintiff seeks to seal portions of its Reply, portions of David J. Sepanik's Declaration, and Exhibits B, C, D, E, F, G, H, I, J, and K in their entirety. (Dkt. No. 80.) Defendant notes that the Sepanik Declaration and Exhibit G need not be sealed. (Dkt. No. 88.)

United States District Court

Northern District of California

1    designated for sealing. (Dkt. No. 88.) After reviewing this declaration, the Court GRANTS

2    Plaintiff's motion, except for the Sepanik Declaration and Exhibit G, which shall not be filed

3    under seal. (Dkt. No. 88 at 4.) As required by General Order 62(5), Plaintiff shall electronically

4    file the aforementioned documents under seal and electronically file a redacted version

5    available to the public.  These filings shall be made on or before August 29, 2012.

6        **IT IS SO ORDERED.**

7

8    Dated:  August 23, 2012

9        _____

10       JACQUELINE SCOTT CORLEY
         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2