**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC

    Plaintiff(s),          No. C-11-01327 PJH (EDL)

    v.          NOTICE OF CONTINUANCE
                          <u>OF SETTLEMENT CONFERENCE</u>

AMAZON.COM INC

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 21, 2013, at 9:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until May 1, 2013, at 9:30 a.m.

Settlement Conference statements, if not previously submitted, are due April 22, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 11, 2013

                                               _____
                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge