DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     415/984-8700
Facsimile:     415/984-8701

Attorneys for Plaintiff and Counter-Defendant
APPLE INC.

MARTIN R. GLICK (No. 40187)
email: martin.glick@aporter.com
DANIEL B. ASIMOW (No. 165661)
email: daniel.asimow@aporter.com
SEAN M. CALLAGY (No. 255230)
sean.callagy@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:     415/434-1600
Facsimile:     415/677-6262

Attorneys for Defendants
AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | No. 11-cv-01327 PJH |
| Plaintiff, | Action Filed: March 18, 2011 |
| v. | STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL DEADLINES |
| AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, the parties hereby jointly stipulate and request that the Court modify the pretrial schedule as set forth herein. These limited modifications are sought in the interest of judicial economy. The modifications preserve the final response dates of contested pretrial motions and will not shorten the Court's time for ruling on such submissions. The modifications do not alter the dates of the final pretrial conference or trial.

Motions pursuant to *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), shall be filed no later than July 5, 2013, and noticed for the date of the final pretrial conference. Oppositions to such motions shall be filed no later than July 11, 2013. No replies shall be filed.

Counsel shall meet and confer regarding preparation of the joint pretrial statement on or before July 1, 2013.

The joint pretrial statement, trial briefs, motions *in limine*, and other pretrial submissions listed in Section B.3 of the Court's Pretrial Instructions shall be filed no later than July 8, 2013.

Any oppositions to motions *in limine* and any counter deposition designations shall be filed no later than July 11, 2013. No replies shall be filed.

DATED: June 25, 2013.

DAVID R. EBERHART
DAVID J. SEPANIK
O'MELVENY & MYERS LLP

By:    */s/ David R. Eberhart*
              DAVID R. EBERHART

Attorneys for Plaintiff
APPLE INC.

DATED: June 25, 2013.

MARTIN R. GLICK
DANIEL B. ASIMOW
SEAN M. CALLAGY
ARNOLD & PORTER LLP

By:    */s/ Martin R. Glick*
              MARTIN R. GLICK

Attorneys for Defendants AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation

ATTESTATION OF FILER

I, Martin R. Glick, am the ECF user whose identification and password are being used to file this STIPULATION REGARDING SUBSTITUTION OF EXPERT. In compliance with Local Rule 5-1(i)(3), I hereby attest that David E. Eberhart concurs in this filing.

By:     */s/ Martin R. Glick*
              MARTIN R. GLICK

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: June __, 2013.

              The Honorable Phyllis J. Hamilton
              United States District Court Judge