| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 2 | DAVID J. SEPANIK (S.B. #221527) |
| | dsepanik@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, CA  94111-3823 |
| | Telephone:    415/984-8700 |
| 5 | Facsimile:    415/984-8701 |
| 6 | Attorneys for Plaintiff and Counter-Defendant |
| | APPLE INC. |
| 7 | |
| 8 | MARTIN R. GLICK (No. 40187) |
| | email: martin.glick@aporter.com |
| 9 | DANIEL B. ASIMOW (No. 165661) |
| | email: daniel.asimow@aporter.com |
| 10 | SEAN M. CALLAGY (No. 255230) |
| | email: sean.callagy@aporter.com |
| 11 | ARNOLD & PORTER LLP |
| | Three Embarcadero Center, 7th Floor |
| 12 | San Francisco, California  94111-4024 |
| | Telephone:    415/434-1600 |
| 13 | Facsimile:    415/677-6262 |
| 14 | Attorneys for Defendants |
| | AMAZON.COM, INC., a Delaware |
| 15 | corporation, and AMAZON DIGITAL |
| | SERVICES, INC., a Delaware corporation |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. 11-cv-01327 PJH |
| Plaintiff, | Action Filed: March 18, 2011 |
| v. | [~~PROPOSED~~] ORDER DISMISSING ACTION |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

WHEREAS, Apple Inc. ("Apple") sued Amazon.com and Amazon Digital Services, Inc. ("Amazon") on March 18, 2011 in Civil Action No. 11-cv-01327 PJH in the United States District Court for the Northern District of California ("the Complaint") claiming that Amazon's use of Appstore infringed Apple's rights in App Store, and;

WHEREAS, Amazon filed an answer and counterclaim for declaratory relief of non-infringement on April 25, 2011 ("the Counterclaim"), and;

WHEREAS, Apple issued to Amazon a covenant not to sue ("the Covenant") on June 28, 2013, and wishes to have the Complaint dismissed with prejudice, and;

WHEREAS, the Covenant issued by Apple to Amazon renders the Counterclaim moot and, therefore, Amazon wishes to have the Counterclaim dismissed without prejudice;

THEREFORE, the parties request that the Court enter this Order accomplishing those dismissals.

DATED: July 8, 2013.

DAVID R. EBERHART
DAVID J. SEPANIK
O'MELVENY & MYERS LLP

By: _____*/s/ David R. Eberhart*_____
　　　　DAVID R. EBERHART

Attorneys for Plaintiff
APPLE INC.

DATED: July 8, 2013.

MARTIN R. GLICK
DANIEL B. ASIMOW
SEAN M. CALLAGY
ARNOLD & PORTER LLP

By: _____*/s/ Martin R. Glick*_____
　　　　MARTIN R. GLICK

Attorneys for Defendants AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation

1  IT IS SO ORDERED.

4  DATED: July 9 , 2013.

7  _____
   UNITED STATES DISTRICT JUDGE

   *IT IS SO ORDERED*
   *Judge Phyllis J. Hamilton*